**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAOT-25-0000782
04-NOV-2025
07:47 AM
Dkt. 5 ODSLJ

NO. CAOT-25-0000782

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROBERT H. HARDIN, JR., Petitioner-Appellant,
v.
THE HONORABLE ANNALISA M. BERNARD LEE, JUDGE OF THE DISTRICT
COURT OF THE SECOND CIRCUIT, SMALL CLAIMS DIVISION, STATE OF
HAWAIʻI, and AMERICAN EXPRESS COMPANY, Respondents-Appellees

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2DSC-25-0000144)

ORDER
(By: Wadsworth, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, we find that Petitioner Robert H. Hardin Jr.'s October 31, 2025 Petition for Writ of Mandamus does not notice an appeal from an appealable decree, order, or judgment entered by the District Court of the Second Circuit in 2DSC-25-0000144. Rather, it seeks affirmative relief in the nature of a writ of mandamus, which the Hawaiʻi Supreme Court has exclusive, original jurisdiction to grant. Hawaiʻi Revised Statutes § 602-5(a)(3) (2016).

Therefore, IT IS HEREBY ORDERED that case No. CAOT-25-0000782 is dismissed for lack of jurisdiction without prejudice to seeking relief from the Hawaiʻi Supreme Court.

DATED: Honolulu, Hawaiʻi, November 4, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge